DELOROUS HICKS and CHESTER HICKS, Appellants, v. STEEPLECHASE AMUSEMENT CO., INC., Respondent.— Judgment in favor of the defendant against the plaintiffs on the merits reversed on the law and a new trial granted, with costs to appellants to abide the event. There were questions of fact which should have been submitted to the jury: (1) Did the defendant, a lessee of a public amusement park, breach the duty cast upon it to exercise vigilance for the safety of its patrons? (2) Was a defective condition of the floor, together with the oiling thereof by defendant, the proximate cause of the accident? (3) Did the negligence of the

plaintiff wife contribute to the accident? Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ., concur.